UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2005 OCT 20  AM 9: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM CHARLES MARSHALL
  a/k/a Bill Marshall
  a/k/a Anthony Jordan
  a/k/a William Harrison
  a/k/a Jamal Washington
  a/k/a "Doc"
  a/k/a "Bi"
DOREN FIDDLER
MARC ERIC WHALEY
JOEL CARPENTER, JR.
SHEENA MULLINS
AARON BELLAMY
EZRA HAYNES
DARLENE BLOWE

CASE NO. 6:05-cr- 188 - Orl - 22 KRS
18 U.S.C. § 1956(h)
21 U.S.C. § 846
21 U.S.C. § 843(b)
18 U.S.C. § 1956(a)(1)(A)(I)
18 U.S.C. § 1956(a)(1)(B)(I)
18 U.S.C. § 1960
31 U.S.C. § 5324(a)(3)
21 U.S.C. § 853 - Forfeiture
18 U.S.C. § 982(a)(1) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
18 U.S.C. § 924(d) - Forfeiture
31 U.S.C. § 5317(c)(1)(A) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## Introduction

At all times material to this Indictment:

1.     At a date unknown to the Grand Jury, but no later than in or about January 1995, a criminal organization, later named the "Black Mafia Family," also known as "BMF," was created in Detroit, Michigan.

2.     During 1995, BMF expanded its illegal activities throughout the United States, establishing BMF cells in Atlanta, Georgia; St. Louis, Missouri; Los Angeles, California; Orlando, Florida and Ft. Lauderdale, Florida.

3.      BMF established an entertainment company called BMF Entertainment, Inc.  BMF Entertainment purported to be a record label specializing in rap music artists and gangster style videos.  BMF Entertainment published a rap-themed magazine, *Juice*, and website, http://www.bmfent.net.

4.      MARC ERIC WHALEY owns and operates Orlando Exotic Car Rental & Leasing, Inc., which is a car leasing company located at 5210 Old Winter Garden Road, Orlando, Florida.  MARC ERIC WHALEY also does business under the names 407 Exotic Cars, 407 Exotic Toys.com, Orlando Exotic Toys, and Elite Transportation. Orlando Exotic Car Rental & Leasing, Inc., is engaged in business practices that affect interstate commerce.

## COUNT ONE

### Manner and Means

1.      It was part of the conspiracy that BMF distributed cocaine throughout the United States, including Michigan, Florida, Kentucky, Georgia, Missouri, California and Texas.

2.      It was further part of the conspiracy that the conspirators would promote the specified unlawful activity by concealing the proceeds of cocaine sales in leased vehicles and driving bulk currency generated from the sale of cocaine throughout the United States for the purpose of, among other things, purchasing more cocaine.

3.      It was further part of the conspiracy that defendant WILLIAM MARSHALL acted as the chief financial officer for BMF, ensuring that the bills for the leaders of BMF were paid and financing the movement of cocaine and drug proceeds

2

throughout the United States.

    4.    It was further part of the conspiracy that defendant WILLIAM MARSHALL used money from cocaine sales to lease high-end vehicles from MARC ERIC WHALEY's business, 407 Exotic Cars, and provided those vehicles to BMF members for their personal use and to transport cocaine and drug proceeds.

    5.    It was further part of the conspiracy that defendant MARC ERIC WHALEY provided high-end vehicles, equipped with hidden traps and compartments, to WILLIAM MARSHALL, his associates, his employees, and other BMF members to transport cocaine and drug proceeds throughout the United States.

    6.    It was further part of the conspiracy that defendant DOREN FIDDLER coordinated the distribution of cocaine, collection of drug proceeds and transportation of drug proceeds, and deposit of drug proceeds in various bank accounts for WILLIAM MARSHALL and BMF.

    7.    It was further part of the conspiracy that defendant JOEL CARPENTER, JR., transported bulk currency, representing proceeds from drug sales, for WILLIAM MARSHALL.

    8.    It was further part of the conspiracy that defendants DARLENE BLOWE, DOREN FIDDLER, EZRA HAYNES and SHEENA MULLINS facilitated the conspiracy by transporting or aiding and abetting the transportation of drug proceeds throughout the Untied States at the request of WILLIAM MARSHALL.

    9.    It was further part of the conspiracy that defendants WILLIAM MARSHALL, DOREN FIDDLER, MARC ERIC WHALEY, JOEL CARPENTER, SHEENA MULLINS, AARON BELLAMY and others knowingly and intentionally used a

3

communication facility, specifically a telephone, in causing and facilitating overt acts in furtherance of a conspiracy to distribute cocaine as charged in Count Two.

10.     It was further part of the conspiracy that the defendants and their co-conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

## Count

Beginning on a date unknown to the Grand Jury, but not later than in or about January 2003, and continuing until on or about the date of this Indictment, in Orange County, in the Middle District of Florida, and elsewhere,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**MARC ERIC WHALEY**
**JOEL CARPENTER, JR.**
**SHEENA MULLINS**
**AARON BELLAMY**
**EZRA HAYNES**
**and**
**DARLENE BLOWE**

the defendants herein, did willfully and knowingly combine, conspire, confederate, and agree with each other and with other persons both known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions which in fact involved the proceeds of specified unlawful activity, knowing that the property involved in financial

transactions represented the proceeds of some form of unlawful activity, to wit: the felonious receiving, concealment, buying, selling, and otherwise dealing in a controlled substance and listed chemical punishable under the laws of the United States, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, and further knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(h), 1956(a)(1)(A)(I) and (a)(1)(B).

## COUNT TWO

Beginning on a date unknown to the Grand Jury, but not later than in or about January 2003, and continuing until on or about the date of this Indictment, in Orange County, in the Middle District of Florida, and elsewhere,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**MARC ERIC WHALEY**
**JOEL CARPENTER, JR.**
**SHEENA MULLINS**
**AARON BELLAMY**
**EZRA HAYNES**
**and**
**DARLENE BLOWE**

5

the defendants herein, did knowingly and willfully, combine, conspire, confederate and

agree with each other and others, both known and unknown to the Grand Jury, to

possess with intent to distribute and distribute five (5) kilograms or more of a mixture

and substance containing a detectable amount of cocaine hydrochloride, a controlled

substance listed in Schedule II of Title 21, United States Code, Section 812; in violation

of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE

On or about June 17, 2005, in Orange County, in the Middle District of Florida, and

elsewhere,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**and**
**DARLENE BLOWE**

the defendants herein, while aiding and abetting each other, did knowingly and willfully

conduct and attempt to conduct a financial transaction, to wit: at WILLIAM

MARSHALL's direction, DOREN FIDDLER and DARLENE BLOWE drove a Chevrolet

Silverado pick-up truck with approximately $66,850 in United States currency concealed

therein from Orlando, Florida, to Georgia, which transaction involved the proceeds of a

specified unlawful activity, that is, the felonious receiving, concealment, buying, selling

and otherwise dealing in a controlled substance and listed chemical punishable under

6

the laws of the United States, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity and to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct said financial transaction knew that the funds and monetary instruments involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(I) and (a)(1)(B)(I), and 2.

### COUNT FOUR

On or about June 17, 2005, in Columbia County, in the Middle District of Florida,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**

the defendants herein, aiding and abetting each other, did knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the offense set forth in Count Two of this Indictment, said count being incorporated by reference herein as if fully set forth.

All in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

7

## COUNT FIVE

On or about June 17, 2005, in Orange and Columbia Counties, in the Middle District of Florida,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**and**
**DARLENE BLOWE**

the defendants herein, aiding and abetting each other, did knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business, which affected interstate commerce.

All in violation of Title 18, United States Code, Sections 1960 and 2.

## COUNT SIX

On or about August 23, 2005, in Orange County, in the Middle District of Florida, and elsewhere,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**and**
**EZRA HAYNES**

the defendants herein, aiding and abetting each other, did knowingly and willfully conduct and attempt to conduct a financial transaction, to wit: EZRA HAYNES carried

approximately $57,000 in United States currency concealed on his person from

Orlando, Florida, to Georgia, which transaction involved the proceeds of a specified

unlawful activity, that is, the felonious receiving, concealment, buying, selling and

otherwise dealing in a controlled substance and listed chemical punishable under the

laws of the United States, in violation of Title 21, United States Code, Sections 846 and

841(a)(1), with the intent to promote the carrying on of said specified unlawful activity

and to conceal and disguise the nature, the location, the source, the ownership, and the

control of the proceeds of said specified unlawful activity, and while conducting and

attempting to conduct said financial transaction knew that the funds and monetary

instruments involved in the financial transaction represented the proceeds of some form

of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(I) and

(a)(1)(B)(I), and 2.

### COUNT SEVEN

On or about August 23, 2005, in Orange County, in the Middle District of Florida,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**and**
**EZRA HAYNES**

the defendants herein, aiding and abetting each other, did knowingly conduct, control,

manage, supervise, direct, and own all or part of an unlicensed money transmitting

9

business, which affected interstate commerce.

All in violation of Title 18, United States Code, Sections 1960 and 2.

### COUNT EIGHT

On or about the dates set forth below, in Orange County, in the Middle District of

Florida,

### MARC ERIC WHALEY

the defendant, aiding and abetting others uncharged, knowingly and willfully and for the

purpose of evading the reporting requirements of Section 5313(a) of Title 31, United

States Code, and the regulations promulgated thereunder, did structure and attempt to

structure and assist in structuring, the following transactions with domestic financial

institutions, and did so as part of a pattern of illegal activity involving more than

$100,000 in a 12-month period:

| Date: | Bank Account: | Multiple Deposits Totaled: |
|---|---|---|
| February 25, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $6,210 |
| March 17, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $16,500 |
| April 7, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $18,000 |
| April 15, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $11,505 |

| | | |
|---|---|---|
| May 5, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $13,208 |
| May 29, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $10,400 |
| June 5, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $3,028 |
| June 6, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $14,000 |
| June 23, 2003 | Wachovia Orlando Exotic Car Rental & Leasing | $9,500 |
| January 30, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $10,000 |
| February 4, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $18,500 |
| March 1, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $16,000 |
| March 11, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $23,500 |
| April 14, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $18,000 |

| May 12, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $11,785 |
| May 20, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $7,000 |
| May 28, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $5,000 |
| June 16, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $10,000 |
| June 21, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $9,900 |
| June 29, 2004 | Wachovia Orlando Exotic Car Rental & Leasing | $18,000 |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b); Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

## FORFEITURES

1.     The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(c), Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c).

2.     From their engagement in the violation alleged in Count One, of this Indictment, punishable by imprisonment for more than one year, the defendants,

**WILLIAM CHARLES MARSHALL**

12

a/k/a **Bill Marshall**
a/k/a **Anthony Jordan**
a/k/a **William Harrison**
a/k/a **Jamal Washington**
a/k/a **"Doc"**
a/k/a **"Bi"**
**DOREN FIDDLER**
**MARC ERIC WHALEY**
**JOEL CARPENTER, JR.**
**SHEENA MULLINS**
**AARON BELLAMY**
**EZRA HAYNES**
and
**DARLENE BLOWE**

shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), all of their

interest in any property constituting or derived from proceeds obtained directly or

indirectly as a result of the said violation of Title 18, United States Code, Section 1956,

and pursuant to Title 18, United States Code, Section 982(a)(1), any and all right, title,

and interest they may have in any property, real or personal, involved in such offense,

or any property traceable to such property, as a result of such violation of Title 18,

United States Code, Section 1956.

3.      The allegations contained in Count Two of this Indictment, are

hereby realleged and incorporated by reference for purpose of alleging forfeitures,

pursuant to the provisions of Title 21, United States Code, Section 853.

4.      From their engagement in violations alleged in Count Two of this

Indictment, which are punishable by imprisonment for more than one year, the

defendants,

**WILLIAM CHARLES MARSHALL**

13

**a/k/a Bill Marshall
a/k/a Anthony Jordan
a/k/a William Harrison
a/k/a Jamal Washington
a/k/a "Doc"
a/k/a "Bi"
DOREN FIDDLER
MARC ERIC WHALEY
JOEL CARPENTER, JR.
SHEENA MULLINS
AARON BELLAMY
EZRA HAYNES
and
DARLENE BLOWE**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a. property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

b. property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

5. The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(c), Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(a)(1).

6. From their engagement in the violations alleged in Count Three of this Indictment, punishable by imprisonment for more than one year, the defendants,

**WILLIAM CHARLES MARSHALL**

14

**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**and**
**DARLENE BLOWE**

shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), all of his

interest in any property constituting or derived from proceeds obtained directly or

indirectly as a result of the said violation of Title 18, United States Code, Section 1956,

and pursuant to Title 18, United States Code, Section 982(a)(1), any and all right, title,

and interest he may have in any property, real or personal, involved in such offense, or

any property traceable to such property, as a result of such violation of Title 18, United

States Code, Section 1956.

      7.     The allegation contained in Count Four of this Indictment is hereby

realleged and incorporated by reference for purpose of alleging forfeitures, pursuant to

the provisions of Title 21, United States Code, Section 853.

      8.     From his engagement in violations alleged in Count Four of this

Indictment, which are punishable by imprisonment for more than one year, the

defendants,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**

**a/k/a "Bi"**
**and**
**DOREN FIDDLER**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section

853(a)(1) and (2), all of their interest in:

      a.  property constituting and derived from any proceeds the

          defendants obtained, directly or indirectly, as a result of such

          violations; and

      b.  property used and intended to be used in any manner or part to

          commit and to facilitate the commission of such violations.

      9.    The allegations contained in Count Five of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant

to the provisions of Title 18, United States Code, Section 982.

      10.    From their engagement in violations alleged in Count Five of this

Indictment, which are punishable by imprisonment for more than one year, the

defendants,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**DOREN FIDDLER**
**and**
**DARLENE BLOWE**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982,

any and all right, title, and interest they may have in any property, real or personal,

16

involved in such offense, or any property traceable to such property, as a result of such violation of Title 18, United States Code, Section 1960.

11.     The allegations contained in Count Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(c), Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section  982(a)(1).

12.     From their engagement in the violation alleged in Count Six, of this Indictment, punishable by imprisonment for more than one year, the defendants,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**and**
**Ezra Haynes**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), all of their interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation of Title 18, United States Code, Section 1956, and pursuant to Title 18, United States Code, Section 982(a)(1), any and all right, title, and interest they may have in any property, real or personal, involved in such offense, or any property traceable to such property, as a result of such violation of Title 18, United States Code, Section 1956.

13.     The allegations contained in Count Seven of this Indictment are hereby

17

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982.

14.     From their engagement in the violation alleged in Count Seven, of this Indictment, punishable by imprisonment for more than one year, the defendants,

**WILLIAM CHARLES MARSHALL**
**a/k/a Bill Marshall**
**a/k/a Anthony Jordan**
**a/k/a William Harrison**
**a/k/a Jamal Washington**
**a/k/a "Doc"**
**a/k/a "Bi"**
**and**
**Ezra Haynes**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any and all right, title, and interest they may have in any property, real or personal, involved in such offense, or any property traceable to such property, as a result of such violation of Title 18, United States Code, Section 1960.

15.     The allegations contained in Count Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 31, United States Code, Section 5317(c)(1)(A).

16.     The defendant, **MARC WHALEY**, shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5317(c)(1)(a), any and all right, title, and interest he may have in any property, real or personal, involved in such offense, or any property traceable to such property, as a result of such violation of Title 31, United States Code, Section 5324(3).

17.     The property to be forfeited under the provisions cited above include, but

18

are not limited to, the following:

a.  1973 Casaba Cove Avenue, Ocoee, Florida

b.  3303 Crystal Cove, Lithonia, GA

c.  2004 Ford F150 VIN #1FTPW12574KB47809

d.  2000 Ferrari 360 Modena VIN # ZFFYU51A8Y0119620

e.  2003 Porsche Cayenne VIN #WP1AC29P33LA90382

f.  2004 Nissan Maxima VIN # 1N4BA41E24C818024

g.  2005 Dodge Magnum R/T VIN #2D4GV58275H116692

h.  2004 Cadillac XLR Roadster, Tag No. W80WUL

I.  2001 Ford Mustang GT VIN #1FAFP42X41F100369

j.  2003 Mercury Grand Marquis VIN #2MEHM75V93X632276

k.  2002 Mitsubishi Gallant VIN# 4A3AA46GX2E138502

l.  2001 Ferrari VIN# ZFFYT53B000123369

m.  $66,580.00 in U.S. Currency

n.  2001 BMW 740I VIN# WBAGG834X1DN86768

o.  2004 Audi Allroad VIN# WA1YD64B24N003474

p.  2001 Daewoo VIN# KLAJC52Z11K716648

q.  2004 Lincoln Navigator VIN# 5LMFU27R14LJI3063

r.  2004 Porsche Cayenne VIN# WP1AC29P24LA91735

s.  2004 Porsche Cayenne VIN# WP1AC29P34LA92330

t.  2003 BMW 745LI VIN# WBAGN63463DR12160

u.  2000 Rolls Seraph VIN# SCALA61E0YCX04076

v.  2004 Mercedes Benz VIN# WBDUH65J14A442461

19

w.      2000 Ferrari 360 VIN# XXXXXXX122144

x.      2003 Range Rover VIN# SALME11453A138263

y.      2003 BMW 745LI VIN# WBAGN63493DR11438

z.      2004 Porsche Cayenne VIN# XXXXXXX90005

aa.     2003 BMW 745LI VIN# WBAGN6347DS45163

bb.     2004 BMW X5 VIN# 5UXFB53554LV01218

cc.     2004 Cadillac SRX VIN# 1GYDE637X40128342

dd.     2004 Lambourghini Galardo VIN# ZHWGU11S84LA00903

ee.     2004 BMW 645 VIN# WBAEH73434B189529

ff.     2004 BMW 645 VIN# WBAEK7345B320171

gg.     2004 Rolls Phantom VIN# SCA1S68464UX07019

hh.     2004 Lambourghini Galardo VIN# ZWGU11S04LA00202

ii.     2003 Mercury Marauder VIN# 2MEHM75V23X612144

jj.     2003 Range Rover VIN# SALME11443A133023

kk.     2003 Hummer H2 VIN# 5GRGN23U93H123875

ll.     2003 Range Rover VIN# SALME11413A128152

mm.     2003 Porsche Cayenne S VIN# WP1AB29P13LA60395

nn.     2004 Porsche Cayenne VIN# WP1AC29P24LA90228

oo.     2004 Porsche Cayenne VIN# WP1AC29P44LA90005

pp.     2002 Lambourghini Murcielago VIN# ZA9BC10U02LA12166

qq.     2000 Mercedes CL500 VIN# WDBPJ75J1YA006142

rr.     2003 Porsche Cayenne VIN# WP1AC29P03LA90226

ss.     2003 Infiniti G35 VIN# JNKCV54E7M222161

tt.      2000 Ferrari 360 VIN# ZFFYU51A6Y0122144

uu.     2001 Ferrari 360 VIN# ZFFYT53B000123369

vv.     2003 Mercedes SL500 VIN# WDBSK75F53F016896

ww.    2003 BMW Z8 VIN# WBAEJ13453AH62097

xx.     2003 Honda Pilot VIN# 2HKYF18433H552503

yy.     2003 Cadillac Escalade VIN# 1GYEK63N53R253481

zz.     2004 Audi Wagon VIN# WA1YD64B24N003474

aaa.    2003 Mercury VIN# 2MEHM75V73X615167

bbb.    2003 Lincoln Navigator VIN# 5LMFU27R23LJ43297

ccc.    2005 Honda Accord EX VIN# 1HGCM72675A016677

ddd.    2005 Dodge Magnum RT VIN# 2D4GV58275H113209

eee.    2003 Cadillac CTS VIN# 1G6DM57N530149645

fff.     2003 Honda Accord VIN#1HGCM82633A012452

ggg.    2004 Nissan 350Z VIN# JN1AZ34E34T050464

hhh.    2003 Dodge silver pickup truck, VIN #3D7MA48C53G859370

iii.     2004 Acura TL Sedan VIN#19UUA66234A008430

jjj.     2004 Cadillac Escalade VIN#3GYEK62N54G234335

18.    If any of the property described above, as a result of any acts or omissions of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided

without difficulty,

the United States shall be entitled to, and shall pursue, forfeiture of substitute

property under the provisions of Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b)(1), Title 28, United

States Code, Section 2461(c), and Title 31, United States Code, Section 5317(c)(2).

A TRUE BILL,

_____

Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Vincent A. Citro
Assistant United States Attorney

By: _____
Daniel W. Eckhart
Assistant United States Attorney

By: _____
Carolyn J. Adams
Assistant United States Attorney
Chief, Orlando Division